**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LINHONG LIU,<br><br>    Plaintiff,<br><br> v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et al.*,<br><br>    Defendants. | Case No. 25-cv-2855 (JMC) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, Defendants' motion to dismiss for lack of subject matter jurisdiction, ECF 10, is **GRANTED**, and as a result Plaintiff's complaint is **DISMISSED.**

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

            _____
            JIA M. COBB
            United States District Judge

Date: July 29, 2026

1